IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| RADOSLAV DIMITRIC | § |
| | § |
| VS. | § CIVIL ACTION NO. G-06-108 |
| | § |
| TEXAS WORKFORCE COMMISSION, | § |
| ET AL. | § |

### OPINION AND ORDER

Before the Court is a Report and Recommendation from the United States Magistrate Judge dated February 27, 2006, which recommends that the Complaint of Plaintiff, Radoslov Dimitric, be dismissed for lack of subject matter jurisdiction. Dimitric filed objections to the Report and Recommendation which, evidently, concede that the Complaint was erroneously filed.

Upon *de novo* review, pursuant to 28 U.S.C. § 636(b)(1)(C), this Court finds that the Report and Recommendation of the Magistrate Judge is a well reasoned and correct application of law to the facts in this case and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is the **ORDER** of this Court that the Complaint of Radoslav Dimitric is **DISMISSED for lack of subject matter jurisdiction**.

**DONE** at Galveston, Texas, this 27th day of March, 2006.

_____
Samuel B. Kent
United States District Judge