IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| RADOSLAV DIMITRIC | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-06-108 |
| | § | |
| TEXAS WORKFORCE COMMISSION, | § | |
| ET AL. | § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's Opinion and Order entered this date, it is **ORDERED**

and **ADJUDGED** that the Original Complaint of Plaintiff, Radoslav Dimitric, is **DISMISSED for**

**lack of subject matter jurisdiction.**

This is a **FINAL JUDGMENT.**

**DONE** at Galveston, Texas this 27th day of March, 2006.


Samuel B. Kent
United States District Judge